1 | DAYLE ELIESON
United States Attorney
2 | District of Nevada

3 | MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
4 | 160 Spear Street, Suite 800
San Francisco, California 94105
5 | Telephone: (415) 977-8929
Facsimile: (415) 744-0134
6 | E-Mail: Margaret.Branick-Abilla@ssa.gov

7 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA MARIE CAGLIARI, | Case No. 2:18-cv-00130-GMN-CWH |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security (Defendant), respectfully requests a 30-day extension of time, from April 17, 2018 to May 17, 2018, for Defendant to answer the complaint and submit the certified administrative record (CAR) in the above-captioned case.

This is Defendant's first request for an extension of time. Defendant respectfully submits that the requested extension is necessary to allow the Commissioner to prepare the CAR for submission to this Court and parties in this action. It has taken longer than anticipated to prepare the CAR despite the Commissioner's diligent efforts to have it ready in time. This request is made in good faith with no intention to unduly delay the proceedings.

On April 12, 2018, Plaintiff's counsel indicated via email that Plaintiff does not oppose this motion or the requested extension.

                                              Respectfully submitted,

Dated: April 12, 2018                   DAYLE ELIESON
                                              United States Attorney

                                By:   */s/ Margaret Branick-Abilla*
                                              MARGARET BRANICK-ABILLA
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

                                              IT IS SO ORDERED:

                                              HON. CARL W. HOFFMAN
                                              UNITED STATES MAGISTRATE JUDGE

                                  DATED: April 13, 2018

Motion for Extension of Time
Case No. 2:18-cv-00130-GMN-CWH

# CERTIFICATE OF SERVICE

I, Margaret Branick-Abilla, certify that the following individual(s) was served with a copy of the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Email: cyrus.safa@rohlfinglaw.com
Attorney for Plaintiff

Gerald Welt
Email: gmwesq@weltlaw.com
Attorney for Plaintiff

Date: April 12, 2018

                                           */s/ Margaret Branick-Abilla*
                                           MARGARET BRANICK-ABILLA
                                           Special Assistant United States Attorney