Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
PAMELA MARIE CAGLIARI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MARIE CAGLIARI | Case No.: 2:18-cv-00130-GMN-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION TO REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Pamela Marie Cagliari and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 27 days from June 19, 2018 to July 16, 2018 for Plaintiff to file a motion to remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: June 19, 2018  Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Pamela Marie Cagliari

DATE: June 19, 2018

Dayle Elieson
United States Attorney

BY: /s/ *Margaret I. Branick-Abilla*
_____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: June 20, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-00130-GMN-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 19, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff