Cyrus Safa
NV Bar No.: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
PAMELA MARIE CAGLIARI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MARIE CAGLIARI | Case No.: 2:18-cv-00130-GMN-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION TO REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Pamela Marie Cagliari and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 21 additional days from June July 16, 2018 to August 6, 2018, for Plaintiff to file a motion to remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel. On June 16, 2018, Plaintiff's Counsel contacted Defendant's Counsel to discuss the possibility of settlement. Defendant's Counsel reviewed the file and by July 24, 2018, the parties were unable to agree to a settlement. Accordingly, Counsel requests an additional 21 days to prepare its motion.

DATE: July 26, 2018  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Pamela Marie Cagliari

DATE: July 26, 2018

Dayle Elieson
United States Attorney

/s/ *Margaret I. Branick-Abilla*

BY: _____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: August 3, 2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-00130-GMN-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 26, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff