DAYLE ELIESON
United States Attorney
District of Nevada

MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8929
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MARIE CAGLIARI, ) | Case No. 2:18-cv-00130-GMN-CWH |
| Plaintiff, ) | |
| ) | **DEFENDANT'S UNOPPOSED MOTION FOR** |
| v. ) | **EXTENSION OF TIME (SECOND REQUEST)** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant),

respectfully requests a 45-day extension of time, from August 5, 2018 to October 20, 2018, for

Defendant to respond to Plaintiff's Motion for Reversal and/or Remand in this case.

This is Defendant's second request for an extension of time. Defendant's first extension was in

connection with submitting the certified administrative record. Defendant respectfully submits that

good cause exists for a second extension because Defendant's counsel was out of the office

unexpectedly and requires additional time to complete her review and analysis of the record and the

Motion for Extension of Time
Case No. 2:18-cv-00130-GMN-CWH

- 1 -

issues raised in Plaintiff's motion and to prepare Defendant's response. Defendant's counsel also has

a number of other briefs due and is trying diligently to manage competing workload demands. This

request is made in good faith with no intention to unduly delay the proceedings. Plaintiff's counsel

indicated in an email dated August 31, 2018 that he does not oppose this request for an extension.

Respectfully submitted,

Dated: August 31, 2018

DAYLE ELIESON
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

IT IS SO ORDERED:

HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2018

Motion for Extension of Time
Case No. 2:18-cv-00130-GMN-CWH

**CERTIFICATE OF SERVICE**

I, Margaret Branick-Abilla, certify that the following individual(s) was served with a copy of the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (SECOND REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Email: cyrus.safa@rohlfinglaw.com
Attorney for Plaintiff

Gerald Welt
Email: gmwesq@weltlaw.com
Attorney for Plaintiff

Date: August 31, 2018

/s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney

Motion for Extension of Time
Case No. 2:18-cv-00130-GMN-CWH